IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIEZER SANDOVAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MILLBRAE,<br><br>        Defendant.      / | No. C 05-00309 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 12, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 2, 2005.

DESIGNATION OF EXPERTS: 11/1/05; REBUTTAL: 11/14/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 2, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2006;

    Opp. Due February 10, 2006;  Reply Due February 17, 2006;

    and set for hearing no later than March 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 11, 2006 at 3:30 PM.

JURY TRIAL DATE: April 24, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 5 days days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall determine whether or not the plaintiff complied with the California State Tort Act and if punitive damages can be obtained against the City.
The Court encourages motions on the Qualified Immunity issues as soon as possible.
The parties shall meet and confer to see if a resolution can be made with respect to the mental examination of plaintiff.
The Court imposed a stay as to the Monell claims until the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/6/05                                                                                S/Susan Illston
                                                                                                 SUSAN ILLSTON
                                                                                                 United States District Judge