GREGG A. THORNTON (SBN 146282)
NAIRI CHAKALIAN (SBN 212976)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
CITY OF MILLBRAE, CITY OF
MILLBRAE POLICE DEPARTMENT,
OFFICER S. O'MALLEY, SERGEANT
FARBER, OFFICER SINGSON and
OFFICER WILLIAMS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIEZER SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, CITY OF MILLBRAE POLICE DEPARTMENT, CITY OF MILLBRAE POLICE OFFICER S. O'MALLEY, CITY OF MILLBRAE POLICE SERGEANT FARBER, CITY OF MILLBRAE POLICE OFFICER SINGSON, CITY OF MILLBRAE POLICE OFFICER WILLIAMS, DOES 1 through 50,<br><br>    Defendants. | CASE NO. C05 00309 SI<br><br>**STIPULATION REGARDING ENE HEARING DATE AND LOCATION** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the parties will appear before the Court-appointed ENE Evaluator Anthony Boskovich to participate in the ENE session as order by this Court. It is further stipulated that the ENE session will occur on September 7, 2005. The parties will meet in Courtroom

/ / /

/ / /

1

Stipulation Re ENE Hearing Date & Location
C05 00309 JCS

93050.1 555.19292

7, United States District Court, 280 S. First Street, San Jose, California, beginning at 9:00 a.m.

DATED: August 17, 2005

By: _____
NORMAN NEWHOUSE
Attorney for Plaintiff
Eliezer Sandoval

DATED: August 10, 2005     SELMAN BREITMAN LLP

By: _____
GREGG A. THORNTON
Attorneys for Defendant
CITY OF MILLBRAE, CITY OF MILLBRAE
POLICE DEPARTMENT, OFFICER S.
O'MALLEY, SERGEANT FARBER, OFFICER
SINGSON AND OFFICER WILLIAMS

IT IS SO ORDERED.

DATED: August __, 2005

_____
ILLSTON
District Judge
of California

**GRANTED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
Answer to Complaint; Notice of Intent to Seek Fees and Costs
C05 00309 JCS

93050.1 555.19292